**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendant
KFx MEDICAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KFx MEDICAL CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. 13-cv-00710-JSW <br><br> Hon. Jeffrey S. White <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON KFx' REPLY ON ITS MOTION TO DISMISS** |

Plaintiff Travelers Property Casualty Company of America ("Travelers"), on the one hand, and Defendant KFx Medical Corporation ("KFx"), on the other hand, by and through their respective counsel, hereby stipulate and agree to the following subject to the approval of the Court.

WHEREAS, KFx seeks to file the Reply on its Motion to Dismiss on April 26, 2013 which is the same date its Opposition is due on Travelers' Amended Motion for Summary Judgment ("MSJ") filed on April 12, 2013 [Docket No. 28]. Currently KFx is due to file its Reply on April 18, 2013 and its Opposition on April 26, 2013;

WHEREAS KFx believes that similar arguments will likely be made in both filings because the parties' motions raise similar issues, Travelers' duty to defend an underlying case, albeit in

10415-001-3/13/2002-127603.1            1

1  motions filed under two different rules. The argument would likely be simplified with less
2  redundancy if both motions are addressed at the same time. Potentially the arguments can be made
3  in a single combined brief; and
4      WHEREAS, this change in KFx' Reply date will not affect any filing of Travelers; its Reply
5  on its MSJ will remain as presently set for May 3, 2013.
6      NOW THEREFORE, subject to the approval of the Court the parties stipulate and agree that:
7      The Reply date on KFx' Motion to Dismiss shall be continued from April 18, 2013 to April
8  26, 2013, the same date as its Opposition is due on Travelers' cross motion for summary judgment.

10  Dated: April 16, 2013      **GAUNTLETT & ASSOCIATES**

12      By: /s/ James A. Lowe
    David A. Gauntlett
    James A. Lowe

14  Attorneys for Defendant
    KFx MEDICAL CORPORATION

16  Dated: April 16, 2013      **SEDGWICK, LLP**

17      By: /s/ Bruce D. Celebrezze
    Bruce D. Celebrezze
    Dean J. McElroy

19  Attorneys for Plaintiff
    TRAVELERS PROPERTY CASUALTY
    COMPANY OF AMERICA

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Dated: April 17, 2013      _Jeffrey S. White_
    UNITED STATES DISTRICT JUDGE