1 **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
3 Irvine, California 92612
Telephone: (949) 553-1010
4 Facsimile: (949) 553-2050
info@gauntlettlaw.com
5 jal@gauntlettlaw.com

6 Attorneys for Defendant
KFx MEDICAL CORPORATION
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12 TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut 13 corporation, | Case No. 13-cv-00710-JSW |
| 14 Plaintiff, | Hon. Jeffrey S. White |
| 15 vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR KFx's MOTION TO DISMISS AND TRAVELERS' MOTION FOR SUMMARY JUDGMENT AND THE CASE MANAGEMENT CONFERENCE** |
| 16 KFx MEDICAL CORPORATION, a Delaware corporation, | |
| 17 Defendant. | |

20        Plaintiff Travelers Property Casualty Company of America ("Travelers"), on the one hand,
21 and Defendant KFx Medical Corporation ("KFx"), on the other hand, by and through their respective
22 counsel, hereby stipulate and agree to the following subject to the approval of the Court.
23        The hearing date for KFx' Motion to Dismiss and Travelers' Motion for Summary Judgment
24 is currently set for June 21, 2013. The Case Management Conference is currently scheduled for May
25 24, 2013. Counsel for KFx would be unable to attend a hearing on June 21, 2013 due to a previously
26 scheduled trip. It would be appropriate to schedule the hearing on the parties' motions and the Case
27 Management Conference on the same day. The hearing date on the parties' motions was previously
28 continued to June 21, 2013 from May 24, 2013.

The parties agree to continue to July 12, 2013 at 9:00 A.M. the hearing date for KFx' Motion to Dismiss and Travelers' Motion for Summary Judgment followed by the Case Management Conference on that date at 1:30 P.M.

NOW THEREFORE, subject to the approval of the Court the parties stipulate and agree that:

The hearing date for KFx's **Motion to Dismiss** and Travelers' **Motion for Summary Judgment be** continued from June 21, 2013 to **July 12, 2013** at **9:00 a.m.**, in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The Case Management Conference is hereby continued from May 24, 2013 to **July 12, 2013** at ~~**1:30 p.m.**~~ 9:00 a.m. at the same courtroom.

Dated: April 19, 2013           **GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
      David A. Gauntlett
      James A. Lowe

Attorneys for Defendant
KFx MEDICAL CORPORATION

Dated: April 19, 2013           **SEDGWICK, LLP**

By:   /s/ Bruce D. Celebrezze
      Bruce D. Celebrezze
      Dean J. McElroy

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2013           _/s/ Jeffrey S. White_
                                               Jeffrey S. White
                              **UNITED STATES DISTRICT JUDGE**