IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KFx MEDICAL CORPORATION,<br><br>    Defendant. | No. C 13-00710 JSW<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Now before the Court is the motion to dismiss filed by Defendant KFx Medical Corporation ("KFx") and the cross-motions for partial summary judgment by KFx and by Plaintiff Travelers Property Casualty Company of America. The Court finds that these matters are appropriate for disposition without oral argument and are hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for July 12, 2013 is HEREBY VACATED. The Court shall issue a ruling in due course. The Court FURTHER ORDERS that the case management conference scheduled for July 12, 2013 is CONTINUED to August 16, 2013. The parties shall submit a revised joint case management conference statement by no later than August 9, 2013.

**IT IS SO ORDERED.**

Dated: July 11, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE