SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DEAN J. McELROY  Bar No. 213132
MICHAEL A. TOPP  Bar No. 148445
333 Bush Street, 30th Floor
San Francisco, California 94104-2834
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: *bruce.celebrezze@sedgwicklaw.com*
   *dean.mcelroy@sedgwicklaw.com*
   *michael.topp@sedgwicklaw.com*

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA


GAUNTLETT & ASSOCIATES
DAVID A. GAUNTLETT  Bar No. 96399
JAMES A. LOWE  Bar No. 214383
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone: (949) 553-1010
Facsimile:  (949) 553-2050
Email: *info@gauntlettlaw.com*
   *jal@gauntlettlaw.com*

Attorneys for Defendant
KFx MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KFx MEDICAL CORPORATION, a California corporation,<br><br>    Defendant. | CASE NO.  3:13-cv-00710-JSW<br><br>SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date    :  August 16, 2013<br>Time    :  1:30 p.m.<br>Place   :  Courtroom 11, 19th Floor<br>Judge   :  Hon. Jeffrey S. White |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the continued case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed

Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

    a. On July 12, 2013, the Court granted plaintiff Travelers' motion for partial summary judgment as to its first and second claims for relief. The only remaining issue in the case is Travelers' third claim for relief for reimbursement of defense costs.

    b. Defendant KFx has notified Travelers that it intends to voluntarily repay Travelers the defense costs advanced. KFx anticipates that full payment will be made by October 15, 2013. Once that occurs, Travelers intends to dismiss its third claim for relief as moot and request entry of judgment.

    c. Because it does not appear that further proceedings will be necessary in this case, the parties request that the Court continue the August 16, 2013 Scheduling Conference for 90 days, with the expectation that the case will be terminated before that date.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

That the case management conference scheduled for August 16, 2013 be CONTINUED to November 15, 2013. The parties shall submit a revised joint case management conference statement by no later than November 8, 2013, if judgment has not been entered by that date.

DATED: August 9, 2013

**SEDGWICK LLP**

By: /s/ Michael A. Topp
    Bruce D. Celebrezze
    Michael A. Topp
    333 Bush Street, 30th Floor
    San Francisco, California 94104
    Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
    Emails: *bruce.celebrezze@sedgwicklaw.com*
            *michael.topp@sedgwicklaw.com*

Counsel for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

DATED: August 9, 2013  **GAUNTLETT & ASSOCIATES**

By: /s/ James A. Lowe
David A. Gauntlett
James A. Lowe
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
Emails: *info@gauntlettlaw.com*
*jal@gauntlettlaw.com*

Attorneys for Defendant
KFx MEDICAL CORPORATION

# SUPPLEMENTAL CASE MANAGEMENT ORDER

The above SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

The Court CONTINUES the case management conference to November 15, 2013, and a joint case management statement shall be due on November 8, 2013, unless judgment has been entered before that date.

IT IS SO ORDERED.

DATED: August 9, 2013

Jeffrey S. White
**UNITED STATES DISTRICT JUDGE**